**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT  DESIGNATED  FOR  PUBLICATION

George Davidson Fagan               Patrick Manning Wartelle
Leake & Anderson                    Roy, Bivins, Judice, & Henke
1100 Poydras, 1700 Energy Center     P. O. Drawer Z
New Orleans LA 70163-1701           Lafayette LA 70502

Catherine L. Davidson
Leake & Anderson
1100 Poydras, 1700 Energy Center
New Orleans, LA  70163-1701

**REHEARING ACTION: May 20, 2009**

**Docket Number: 08   01179-CA**

**JILL BARNHILL**
**VERSUS**
**LYNN H. WOOD, ET AL.**

**Appealed from Lafayette Parish Case No. C-20061179**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. J. David Painter**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lynn H. Wood, Lynn H. Wood & Associates, and ING Financial**

**Partners, Inc.** has this day been

   **DENIED.**
   Gremillion, J., would grant.

cc: Otis Edwin Dunahoe  Jr., Counsel for the Appellant